HERNANDEZ v. STATE. (Court of Criminal Appeals of Texas. Feb. 5, 1913.) Appeal from District Court, Bexar County; Edward Dwyer, Judge. Cipriano Hernandez was convicted of crime, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant was convicted of theft from the person, and his penalty fixed at confinement in the penitentiary for two years. There is neither a statement of facts nor bills of exceptions in the record. No ques-

tion is raised by the motion for new trial which can be considered in the absence of a statement of the facts. The judgment is therefore affirmed.